IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald Needham,

    Plaintiff(s),

vs.

Bethesda North (TriHealth), et al.,

    Defendant(s).

Case Number: 1:19cv902

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 23, 2019, hereby ADOPTS said Report and Recommendation.

Plaintiff filed a motion for an extension of time to file objections to the Report and Recommendation. The Court GRANTED his motion and objections were to be filed no later than December 23, 2019. As of this date, no objections have been filed.

Accordingly, this case is DISMISSED for failure to state any claim against the defendants.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court